UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br>ERIC SUDDUTH,<br><br>                Defendant. | Case No. 3:15-cr-00019-HDM-WGC<br><br>ORDER |

Defendant has moved for early termination of supervised release (ECF No. 83). If either the government or the Probation Office has any objection, such objections shall be filed no later than January 17, 2020.

IT IS SO ORDERED.

DATED: This 7th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE