UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br>ERIC SUDDUTH,<br><br>                Defendant. | Case No. 3:15-cr-00019-HDM-WGC<br><br>ORDER |

    The defendant has moved for early termination of supervised release (ECF No. 83). The primary reason the defendant seeks early termination is to enable him to secure a trucking position that would require him to drive between states. The court has previously modified his condition of release, by granting Probation Form 12A dated March 25, 2019, to permit such travel. Should the defendant require an additional modification for his work, the court would entertain such a request. For those reasons, the defendant's motion for early termination of supervised release is hereby DENIED.

    IT IS SO ORDERED.

    DATED: This 4th day of February, 2020.

                                  Howard D. McKibben
                                  UNITED STATES DISTRICT JUDGE